UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| In Re: | Case No. 18-11115 |
| Sadie Rebecca Lyne<br>fka Sadie Rebecca Slaton | Chapter 13 |
| Debtor | Judge Joan A. Lloyd |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROPERTY KNOWN AS 2012 KIA OPTIMA - VIN 5XXGR4A63CG009163**

  This matter is set before the Court upon Consumer Portfolio Services, Inc. ("Movant") Motion for Relief from the Automatic Stay ("Motion") submitted to the Court, which demonstrates that Movant holds a security interest in the personal property described as a 2012 KIA OPTIMA - VIN 5XXGR4A63CG009163 ("Property) and that, per the Debtor's Chapter 13 Plan, their intent is to surrender the Property to the Movant. The parties agree that the Debtor is surrendering the property and it is therefore AGREED that this Court shall grant the Motion for Relief from the Automatic Stay and Movant is authorized to proceed with its State Law rights to liquidate the Property.

  This is a final and appealable order.

  **IT IS SO ORDERED.**

Agreed Upon:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Joan A. Lloyd
United States Bankruptcy Judge
Dated: January 18, 2019

  /s/ Christopher Michael Carey
  Christopher Michael Carey
  Law Office of C. Michael Carey
  719A Dishman Lane
  Bowling Green, KY 42104
  Phone:  270-792-2307
  mike@cmcareylaw.com
  Debtor's Attorney
  **(Per E-Mail Authorization received on 1/16/2019)**

Copies to:

Christopher Michael Carey
Law Office of C. Michael Carey
719A Dishman Lane
Bowling Green, KY 42104
mike@cmcareylaw.com
Debtor's Attorney

William W Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Asst. U.S. Trustee
Office of the U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Sadie Rebecca Lyne
fka Sadie Rebecca Slaton, Debtor
5823 Morgantown Road, Apt B
Russellville, KY 42276